# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALFIORNA

| | |
|---|---|
| PAUL SINGH, an individual; and 1-Mobile Operators of California, LLC, a California limited liability company;<br><br>            Plaintiffs,<br><br>v.<br><br>WIRELESS VISION LLC, a Michigan limited liability company, and AMERITEL MANAGEMENT, INC., a New York corporation; and DOES 1-10;<br><br>            Defendants. | **Case No.** 2:22-cv-01018-JDP<br><br>[PROPOSED]<br><br>ORDER OF DISMISSAL |

The Parties filed a Stipulation of Dismissal of Complaint on January 9, 2024. This action is therefore dismissed in its entirety with prejudice.

IT IS SO ORDERED.

Dated:   January 11, 2024                                     _/s/ Jeremy Peterson_
                                                                              JEREMY D. PETERSON
                                                                              UNITED STATES MAGISTRATE JUDGE